UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

STEPHEN BRADLEY HALFERTY,   CASE NO. 22-00101-5-DMW
                            CHAPTER 13
    DEBTOR

EVER-SEAL, INC.
**Plaintiff**
v.

STEPHEN BRADLEY HALFERTY   ADV. PROC. No. 22-00050-5-DMW
dba DURASEAL

**Defendant**

### RESPONSE TO PLAINTIFF'S MOTION TO WITHDRAW REFERENCE

    NOW COMES Defendant, by and through undersigned counsel, and responds to the Plaintiff's Motion to Withdraw Reference filed on July 20, 2022.

1. Paragraphs 1-5 of the Motion are admitted.

2. Paragraph 6 of the Motion is denied. This dispute falls under 28 U.S.C. §157(b)(2)(O).

3. Paragraphs 7-8 of the Motion are admitted.

4. Paragraph 9 of the Motion is denied. It is more efficient for this adversary proceeding to remain in the Bankruptcy Court because the issues raised may intersect with and be impacted by confirmation of the plan. The counterclaim is an estate asset.

Dated: August 3, 2022                SASSER LAW FIRM

                                            /s/ Travis Sasser
                                            Travis Sasser, State Bar No. 26707
                                            2000 Regency Parkway, Suite 230
                                            Cary, N.C. 27518
                                            Tel: 919.319.7400
                                            Fax: 919.657.7400
                                            travis@sasserbankruptcy.com

## CERTIFICATE OF SERVICE

    I, Travis Sasser of Cary, NC, certify that I am more than eighteen years old and that on the date stated I served copies of the foregoing Response via CM/ECF to Brian R. Anderson, Esq.

    This the 3rd day of August, 2022.

                                                    SASSER LAW FIRM

                                                  By: s/ Travis Sasser
                                                  Travis Sasser, State Bar No. 26707
                                                  2000 Regency Parkway, Suite 230
                                                  Cary, N.C. 27518
                                                  Tel: 919-319-7400
                                                  Fax: 919-657-7400