IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> STEPHEN BRADLEY HALFERTY, ) <br> ) <br> Debtor. ) <br> ) | Case No. 22-00101-5-DMW <br> Chapter 13 |
| EVER-SEAL, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STEPHEN BRADLEY HALFERTY ) <br> d/b/a DURASEAL, ) <br> ) <br> Defendant. ) | Case No. 5:22-MC-00014-FL |

## NOTICE OF RELATED CASE

PLEASE TAKE NOTICE that the United States District Court for the Middle District of Tennessee has transferred a case captioned *Ever-Seal, Inc. v. Duraseal, Inc.* to the United States Bankruptcy Court for the Eastern District of North Carolina, Adversary Proceeding No. 22-00135-5-DMW.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has consolidated the transferred action with the above-captioned pending adversary proceeding.[1]

PLEASE TAKE FURTHER NOTICE that Ever-Seal, Inc., the plaintiff in the above-captioned action and the transferred action, has filed a motion to withdraw reference and

---

[1] For purposes of pleading, discovery, and trial, by order dated October 26, 2022, the transferred action *Ever-Seal, Inc. v. Duraseal, Inc.*, Adv. Proc. No. 22-00135-5-DMW, was consolidated with captioned adversary proceeding, Adv. Proc. No. 22-00050-5-DMW (Adv. Pro. No. 22-00135-5-DMW, DE 84), with parties directed to file all pleadings in Adv. Proc. No. 22-00050-5-DMW. A Motion to Withdraw Reference of Adversary Proceeding No. 22-00050-5 to the District Court is currently pending in Case No. 5:22-MC-00014-FL.

supporting brief in the Bankruptcy Court of the transferred action [Adv. No. 22-00050-5-DMW Dkt. Nos. 40 and 41], challenging the Bankruptcy Court's subject matter jurisdiction to hear a dispute between two non-debtor parties and seeking to have this Court withdraw the reference of such action for cause. Copies of Ever-Seal, Inc's Motion to Withdraw Reference of the transferred action and Memorandum in Support are attached hereto as Exhibit A.

This 30th day of November, 2022.

                      FOX ROTHSCHILD LLP

By: /s/ *Brian R. Anderson*
   Brian R. Anderson
   N.C. State Bar No. 37989
   230 N. Elm St., Suite 1200
   Greensboro, NC 27401
   branderson@foxrothschild.com
   (336) 378-5205

   -and-

SPENCER FANE LLP

By:   /s/ *Stephen J. Zralek*
   Stephen J. Zralek
   T.N. Bar No. 18971
   511 Union Street, Suite 1000
   Nashville, TN 37219
   szralek@spencerfane.com
   Tel: (615) 238-6305

   Breanna R. Spackler
   M.O. Bar No. 67323
   1000 Walnut, Suite 1400
   Kansas City, MO 64106
   bspackler@spencerfane.com
   Tel: (816) 292-8487

   *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 30 2022, I electronically filed the foregoing "NOTICE OF RELATED CASE" with the Clerk of the United States District Court for the Eastern District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of same to the following counsel of record:

Travis Sasser – travis@sasserbankrutpcy.com

This 30th day of November, 2022.

                                                /s/ *Brian R. Anderson*
                                                Brian R. Anderson